

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00413-CV

| | | |
|---|---|---|
| In the Interest of E.C., a child | § | From the 322nd District Court |
| | § | of Tarrant County (322-529035-13) |
| | § | September 11, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT ON REHEARING

After reviewing appellee B.F.'s motion for rehearing, we deny the motion. Having withdrawn our prior opinion of August 7, 2014 to correct a clerical error, we also withdraw our judgment of August 7, 2014 and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We render judgment dismissing the suit.

It is further ordered that appellees B.F. and W.F. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
Chief Justice Terrie Livingston